JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL BELOIT AMERICA, INC., | ED CV 14-1008 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| POWER RIGHT INDUSTRIES, LLC, LLOYD'S EQUIPMENT CO., INC, LLOYD'S MATERIAL SUPPLY COMPANY, INC., Casey Loyd, an individual, aka and dba Casey Lloyd, and Buzz Loyd, an individual aka and dba Buzz Llloyd, | |
| Defendants. | |

Pursuant to the Court's October 6, 2014 Minute Order granting the Motion to Dismiss filed by defendant Lloyds Material Supply Company and the Motion to Dismiss filed defendants Power Right Industries, LLC, Lloyd's Equipment, Inc., Casey Loyd, and Buzz Loyd (collectively "Defendants"), which declined to exercise discretionary jurisdiction over the claim for declaratory judgment asserted by plaintiff Regal Beloit America, Inc. ("Plaintiff") and dismissing this action without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 6, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE